## NATIONWIDE MUTUAL INSURANCE COMPANY, Relator,

v.

The Honorable Carolyn SPEARS–PETERSON, a Visiting Judge, Bexar County, and The Honorable Michael Peden, Presiding Judge, 285th Judicial District Court, Bexar County, The Honorable Frank Montalvo, Presiding Judge, 288th Judicial District Court, Bexar County, and The Honorable Henry Schuble, A Visiting Judge, Bexar County, Respondents.

No. 96–0803.

Supreme Court of Texas.

Oct. 18, 1996.

John Thomas Dailey, San Antonio, for relator.

Dennis C. Peery, San Antonio, for respondents.

PER CURIAM.

In this mandamus proceeding, we are asked to review the propriety of the trial court's orders denying severance and abatement of the plaintiff's extra-contractual claims against her automobile insurer. We believe that the trial court should have the opportunity to reconsider its rulings in light of our recent opinion in *Liberty Nat'l Fire Ins. Co. v. Akin,* 927 S.W.2d 627 (Tex.1996). Accordingly, we overrule the motion for leave to file without considering the merits of the motion or petition for writ of mandamus, and without prejudice to relator again requesting relief from the court of appeals and this Court after the trial court has had an opportunity to reconsider its rulings.